| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>SAND, LEONARD B. | 2. Court or Organization<br><br>U.S. DISTRICT COURT:SDNY | 3. Date of Report<br><br>08/21/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT COURT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>500 PEARL STREET, ROOM 1650<br>NEW YORK, NY 10007 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   TRUSTEE |      TRUST #2 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 08/21/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | TEACHING SALARY - NEW YORK UNIVERSITY | $20,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 08/21/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EXXON MOBIL COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. IBM COMMON STOCK | C | Dividend | N | T | | | | | |
| 3. BP AMOCO PLC COMMON STOCK | C | Dividend | M | T | | | | | |
| 4. NIKE INC COMMON STOCK | B | Dividend | M | T | | | | | |
| 5. COMMERCIAL METALS COMMON STOCK | D | Dividend | M | T | | | | | |
| 6. STRYKER CORP COMMON STOCK | D | Dividend | O | T | | | | | |
| 7. TOOTSIE ROLL INDS COMMON STOCK | A | Dividend | K | T | | | | | |
| 8. UNITED COMPANIES TAX DEFERRED ANNUITY | B | Interest | K | T | | | | | |
| 9. KIMBERLY CLARK COMMON STOCK | B | Dividend | L | T | | | | | |
| 10. KIMBERLY CLARK COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. MCKESSON HBOC COMMON STOCK | A | Dividend | K | T | | | | | |
| 12. JP MORGAN CHASE & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. NASSAU CTY SER N MUNI BOND | A | Interest | | | Redeemed | 05/02/11 | J | A | |
| 14. NEW YORK STATE DORM AU MUNI BOND | B | Interest | K | T | | | | | |
| 15. LM CLEARB AGG GRW FD CL A | | None | | | Sold | 09/26/11 | K | C | |
| 16. LM CLEARB AGG GRW FD CL A | | None | | | Sold | 09/27/11 | J | B | |
| 17. BERMUDA PROPERTIES LTD COMMON & PFD STOCK | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. OLSTEIN FINANCIAL ALERT FUND - CLASS C | | None | O | T | Buy (add'l) | 09/26/11 | N | | |
| 19. LM CLEARB LG CAP GRW FD CL A | | None | | | Sold | 09/27/11 | K | D | |
| 20. HAIN CELSTIAL GROUP | | None | K | T | | | | | |
| 21. OLSTEIN FINANCIAL ALERT FUND CLASS C | | None | M | T | | | | | |
| 22. OLSTEIN FINANCIAL ALERT FUND CLASS C | | None | M | T | Buy (add'l) | 09/27/11 | L | | |
| 23. NEW YORK TIMES CLASS A STOCK (X) | | None | J | T | | | | | |
| 24. LM WEST ASSET ADJ RATE INC FD | A | Dividend | J | T | | | | | |
| 25. LM CLEARBR APP FD CL B | | None | | | Sold | 09/26/11 | M | D | |
| 26. LM CLEARBR LG CAP GRW FD CL B | | None | | | Sold | 09/26/11 | M | E | |
| 27. WHIRLPOOL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. WINDSTREAM CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 29. PUERTO RICO COMWLTH PUB SER A BOND | B | Interest | L | T | | | | | |
| 30. PENNANT PARK INVT CORP | B | Dividend | K | T | | | | | |
| 31. AUTOMATIC DATA PROCESSING | A | Dividend | J | T | | | | | |
| 32. GENERAL ELECTRIC | | None | J | T | Buy | 12/23/11 | J | | |
| 33. GENERAL ELECTRIC | A | Dividend | K | T | Buy | 08/08/11 | K | | |
| 34. INTEL CORP | | None | L | T | Buy | 11/30/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JOHNSON & JOHNSON | | None | K | T | Buy | 12/02/11 | K | | |
| 36. PROCTOR & GAMBLE | | None | L | T | Buy | 11/30/11 | L | | |
| 37. GENERAL ELECTRIC | A | Dividend | K | T | Buy | 08/08/11 | K | | |
| 38. TRUSTS | | | | | | | | | |
| 39. IRA A/C #1 | E | Int./Div. | N | T | | | | | |
| 40. (U.S. TRES SECURITIES, MONEY MKT INTEREST & MUTUAL FUND | | | | | | | | | |
| 41. DIVIDENDS FROM DE GROUP FD & EMERGING MKTS FD) | | | | | | | | | |
| 42. IRA A/C #2 | B | Int./Div. | K | T | | | | | |
| 43. (U.S. TRES SECURITIES, MONEY MKT INTEREST & MUTUAL FUND | | | | | | | | | |
| 44. DIVIDENDS FROM DE GROUP FD & EMERGING MKTS FD) | | | | | | | | | |
| 45. LIFE INTEREST IN INCOME OF ▓▓▓ TRUST #1 | | | | | | | | | |
| 46. VALUE OF TRUST HOLDINGS | E | Int./Div. | P1 | T | | | | | |
| 47. IDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 48. COMMON STOCK | | | | | | | | | |
| 49. EXXON MOBIL | | | | | Sold (part) | 12/29/11 | L | | |
| 50. GENERAL ELECTRIC | | | | | | | | | |
| 51. BRISTOL MYERS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VERIZON COMMUNICATIONS | | | | | | | | | |
| 53. NORFOLK SOUTHERN CORP | | | | | | | | | |
| 54. NORTHROP GRUMAN | | | | | | | | | |
| 55. DOW CHEMICAL CO | | | | | Sold | 12/29/11 | K | | |
| 56. ZIMMER HOLDINGS INC | | | | | | | | | |
| 57. U.S. BANCORP DEL COM | | | | | | | | | |
| 58. DU PONT EI DE NEMOURS & CO | | | | | | | | | |
| 59. ARCHER DANIELS MIDLAND CO | | | | | | | | | |
| 60. NESTLE SA (CHF) 1 | | | | | | | | | |
| 61. HOSPIRA INC | | | | | Sold | 10/21/11 | J | | |
| 62. PRAXIAR INC | | | | | | | | | |
| 63. EMERSON ELECTRIC | | | | | | | | | |
| 64. CUMMINS INC | | | | | | | | | |
| 65. JOHNSON & JOHNSON | | | | | | | | | |
| 66. ORACLE CORP | | | | | | | | | |
| 67. FRONTIER COMMUNICATIONS | | | | | | | | | |
| 68. SOUTHERN COMPANY | | | | | Sold | 09/26/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NEXTERA ENERGY INC | | | | | | | | | |
| 70. HUNTINGTON INGALLS INDUSTRIES | | | | | Spinoff (from line 54) | 03/31/11 | J | | |
| 71. HUNTINGTON INGALLS INDUSTRIES | | | | | Sold | 05/31/11 | J | | |
| 72. LIFE INTEREST IN INCOME OF     TRUST #2 | | | | | | | | | |
| 73. VALUE OF TRUST HOLDINGS | C | Int./Div. | N | T | | | | | |
| 74. INDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 75. SB MONEY FUND | | | | | | | | | |
| 76. CITIBANK BANK NA BANK DEP PROGRAM | | | | | | | | | |
| 77. COMMON STOCKS | | | | | | | | | |
| 78. HAIN CELESTIAL GRP INC | | | | | | | | | |
| 79. KB HOME | | | | | | | | | |
| 80. WELLPOINT INC | | | | | | | | | |
| 81. GENERAL ELECTRIC | | | | | | | | | |
| 82. MUTUAL FUNDS | | | | | | | | | |
| 83. OLSTEIN FINANCIAL ALERT FUND CL C | | | | | | | | | |
| 84. LM CBA EQUITY INC BUILDER (CBA CAP & INC FD CL C) | | | | | | | | | |
| 85. PARTNERSHIPS - LIMITED INTEREST | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. UNDERHILL ASSOC - ORIGINAL COST $6,000 | D | Distribution | J | R | | | | | |
| 87. 150 LAKE ASSOC. - ORIGINAL COST $3,000 | C | Distribution | J | R | | | | | |
| 88. RAMCO GERSHENSON PROPERTIES LP - ORIGINAL COST $10,500 | A | Distribution | J | R | | | | | |
| 89. BANK ACCOUNTS | | | | | | | | | |
| 90. CITIBANK | C | Interest | K | T | | | | | |
| 91. JP MORGAN CHASE | A | Interest | K | T | | | | | |
| 92. HUDSON CITY SAVINGS BANK | | None | | | Closed | | | | |
| 93. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 94. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | L | T | | | | | |
| 95. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 96. MAHOPAC NATIONAL BANK | A | Interest | J | T | | | | | |
| 97. BANK OF INDIA - NY CD | | None | M | T | Buy | 08/15/11 | M | | |
| 98. BANK OF CHINA - NY CD | | None | L | T | Buy | 08/15/11 | L | | |
| 99. GE MONEY BANK | | None | M | T | Buy | 08/15/11 | M | | |
| 100. BANK OF CHINA - NY CD | | None | L | T | Buy | 08/15/11 | L | | |
| 101. BANK OF BARODA - NY CD DUE 11/22/11 | A | Interest | | | Buy | 08/15/11 | M | | |
| 102. | | | | | Closed | 11/22/11 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BANK OF CHINA - NY CD DUE 11/25/11 | A | Interest | | | Buy | 08/15/11 | L | | |
| 104. | | | | | Closed | 11/25/11 | L | A | |
| 105. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 08/21/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The undersigned has small minority interests as a limited partner in the limited partnerships listed in PartVII and is not in a position to obtain data regarding transactions in real property, securities, etc. If any further information is required, please refer to his letter of August 21, 1980 to the Honorable Edward Allen Tamm, Judicial Ethics Committee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LEONARD B. SAND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544